RAFFAELA PISCOPO, Appellant, v. THIRTY MAPLE PARKWAY REALTY CO., INC., and Others, Defendants, and JAMES PICHINI, Respondent.— Appeal from an order denying plaintiff's motion to vacate a judgment for costs entered in an action brought by the plaintiff against the defendant Pichini and certain other individuals. Order reversed on the law, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Passing the question whether the court had the power to dismiss the complaint as to the defendant Pichini on the trial of the framed issues, the award of costs on such a dismissal rested in discretion. The action was an equitable action. The order entered in lieu of a decision dismissing the complaint awarded no costs; hence there was no authority for the taxation of costs or the entry of a judgment therefor. (*Canavan* v. *Emze Cosmetic Shop, Inc.*, 256 App. Div. 1093; *Sagona* v. *Montalbano*, 228 id. 857.) Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS NAGRODSKY, Also Known as NICHOLAS AVRALOFF, Appellant.— Judgment of the County Court of Nassau County, convicting the defendant of the crime of violating section 480 of the Penal Law (abandonment of a child in destitute circumstances), unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL LEONARD SCHWANZER, Appellant.— Appeal from a judgment rendered in the County Court of Queens County, convicting the defendant of the crimes of assault in the second degree and impairing the morals of a minor. Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 42ND STREET BUILDING CORPORATION, Appellant, v. WILLIAM STANLEY MILLER and Others, Commissioners of the Board of Taxes and Assessments of the City of New York, Respondents.— On appeal by relator from an order reducing an assessment of real property from $340,000 to $293,500 for the tax year of 1938 and the first half of 1939, order unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ. [174 Misc. 812.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY PERONE, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, at Ossining, New York, Respondent.— Order dismissing writ of habeas corpus and remanding petitioner to custody affirmed. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.